F. E. GRAUWILLER TRANSPORTATION COMPANY, Libellant-Appellee, v. UNITED STATES of America, Respondent-Appellant, and THE Tug JOHN MURRAY and Gallagher Brothers Sand & Gravel Corporation, Claimant and Respondents-Impleaded-Appellees.

No. 336.

Circuit Court of Appeals, Second Circuit.

June 4, 1945.

T. Vincent Quinn, U. S. Atty., of Brooklyn, N. Y. (Vincent A. Catoggio, Sp. Asst. to U. S. Atty., of New York City, of counsel), for appellant.

Foley & Martin, of New York City (Christopher E. Heckman, of New York City, of counsel), for appellees.

Before SWAN, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Decrees affirmed on opinion below, 52 F. Supp. 931.

---

William H. BARR, a Minor, and Agnes D. Barr, a Minor, by Zeila M. Barr, Their Guardian, Appellants, v. TRAVELERS INSURANCE COMPANY, Appellee.

No. 10728.

Circuit Court of Appeals, Ninth Circuit.

May 28, 1945.

Joseph C. Haughey and Keith R. Ferguson, both of San Francisco, Cal., for appellant.

Joseph T. O'Connor and Leo R. Friedman, both of San Francisco, Cal., for appellee.

Before GARRECHT, DENMAN, and BONE, Circuit Judges.

PER CURIAM.

Appellants sued appellee on a double indemnity policy similar to that in the appeal of Zeila Barr v. Equitable Life Assurance Society of the United States, No. 10,729, 9 Cir., 149 F.2d 634, this day decided.

The instant case was tried upon the same evidence as in appeal No. 10,729. For the reasons stated in the opinion in the latter case, the judgment is affirmed.